02-11-282-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00282-CV

 

 


 
 
 Ronald Jones and Lurea Hornbuckle
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 Massachusetts Mutual Life Insurance Company and
 Bank of America National Association and R. Dwayne Danner, Kelly Orlando and
 Robert Mowery
 
 
  
 
 
 APPELLEES
 
 


 

 

----------

FROM THE 153rd
District Court OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered the “Partial Motion To Dismiss Of Defendants Massachusetts
Mutual Life Insurance Company, Bank of America, N.A., and R. Dwayne Danner” in
which they ask us to dismiss the appeal of Lurea Hornbuckle because she was not
a party to the final judgment.  Hornbuckle filed a response, but it did not
show grounds for continuing her appeal.  It is the court’s opinion that the
motion should be granted; therefore, we dismiss the appeal of appellant Lurea
Hornbuckle.  See Tex. R. App. P. 42.1(a)(2)(A), 43.2(f).  This case
shall hereafter be styled “Ronald Jones v. Massachusetts Mutual Life Insurance
Company; Bank of America, N.A.; R. Dwayne Danner; Kelly Orlando; and Robert
Mowery.”

          Lurea
Hornbuckle shall pay her costs of the appeal, for which let execution issue.
  See Tex. R. App. P. 42.1(d).

 

 

PER CURIAM

 

PANEL: 
WALKER,
MCCOY, and MEIER, JJ.

 

DELIVERED:  June 7, 2012








 









[1]See Tex. R. App. P. 47.4.